# Mary B. Grossman

Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: FATAMA REESE-HOLDER
CASE NO: 08-28451-MDM

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056923 which replaces check # 1044858 (copy attached) in the above case.
Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

1044858

4/29/2009

Two Hundred Fifty Nine Dollars and 45 Cents                                        259.45

00085221                                              VOID VOID VOID
CHATEAU OWNERS ASSOCIATION
C/O HOLLEY REALTY INC.                               VOID VOID VOID
401 PILOT COURT, SUITE B
WAUKESHA,WI  53188-                                  VOID VOID VOID

| Case No.  Clm  Debtor Name | Your Account No. | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|
| 08-28451-MD0030-0  FATAMA REESE-HOLDER | | 197.07 | 62.38 | 259.45 |

